**STATE of Missouri, Respondent,**

v.

**Mitzie Emojean STUCKEY, Appellant.**

**No. WD 34601.**

Missouri Court of Appeals,
Western District.

Jan. 3, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Feb. 28, 1984.

Thomas Motley, Public Defender, Hannibal, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for murder, first degree, in violation of § 565.003, RSMo 1978. No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. All concur. Rule 30.25(b).